UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH CENTER, LLC
AND JAYNIER MOYA, M.D.,

    Defendants.
_____/

## **NOTICE OF APPEARANCE BY TOUSSAINT M. CUMMINGS, ESQ**

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Armando Guardado, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 9th day of June 2023.

                                            s/ Toussaint Cummings, Esq.
                                            Toussaint Cummings, Esq. (119877)
                                            toussaint@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel: (305) 230-4884
                                            *Counsel for Defendant(s)*