UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH CENTER, LLC
AND JAYNIER MOYA, M.D.,

    Defendants.
_____/

## NOTICE OF STRIKING ECF NO. 6

    Plaintiff, Armando Guardado, notices the Court and all parties of their striking the Notice of Appearance [ECF No. 6], as having been filed in error.

    Respectfully submitted this 9th day of June 2023.

    /s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.  (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave.
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*