UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH CENTER, LLC
AND JAYNIER MOYA, M.D.,

    Defendants.
_____/

## NOTICE OF APPEARANCE BY TOUSSAINT M. CUMMINGS, ESQ

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Armando Guardado, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 9th day of June 2023.

                                                 s/ Toussaint Cummings, Esq.
                                               Toussaint Cummings, Esq. (119877)
                                               toussaint@fairlawattorney.com
                                               FAIRLAW FIRM
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel: (305) 230-4884
                                               *Counsel for Plaintiff*