UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102-SINGHAL/VALLE

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH
CENTER, LLC AND JAYNIER
MOYA, M.D.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT PINES CARE RESEARCH CENTER, LLC

Plaintiff, Armando Guardado files the Return of Service on Defendant, PINES CARE RESEARCH CENTER, LLC (served on June 12, 2023).

Dated this 22nd day of June 2023.

    s/Toussaint M. Cummings, Esq.
    Toussaint M. Cummings, Esq.
    Fla. Bar No. 119877
    toussaint@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*