## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:23-CV-61102

Plaintiff:
**ARMANDO GUARDADO**

vs.

Defendant:
**PINES CARE RESEARCH CENTER, LLC
AND JAYNIER MOYA, M.D.**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of June, 2023 at 4:49 pm to be served on **PINES CARE RESEARCH CENTER, LLC c/o KAREN PRIDA, M.D., 10011 Pines Boulevard, Suite 203, Pembroke Pines, FL 33024**.

I, Ernesto Avila, do hereby affirm that on the **12th day of June, 2023** at **2:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Jaynier Moya** as **Owner** for **PINES CARE RESEARCH CENTER, LLC**, at the address of: **10011 Pines Boulevard, Suite 203, Pembroke Pines, FL 33024**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Hispanic, Height: 5'3", Weight: 150, Hair: Black, Glasses: Y

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2023001074

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c