UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102-SINGHAL/VALLE

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH
CENTER, LLC AND JAYNIER
MOYA, M.D.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT JAYNIER MOYA, M.D.

Plaintiff, Armando Guardado files the Return of Service on Defendant, JAYNIER MOYA, M.D (served on June 12, 2023).

Dated this 22nd day of June 2023.

                                                s/Toussaint M. Cummings, Esq.
                                                Toussaint M. Cummings, Esq.
                                                Fla. Bar No. 119877
                                                toussaint@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:   305.230.4884
                                                *Counsel for Plaintiff*