UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102-SINGHAL/VALLE

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH
CENTER, LLC AND JAYNIER
MOYA, M.D.,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Armando Guardado, pursuant to the Court's Order entered on June 12, 2023 [ECF No. 10], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$9,579.50.**

4. Plaintiff estimated the amount he is owed as follows:

> Plaintiff was paid an average of $17 per hour from April 1, 2022 to March 12, 2023.
> Plaintiff worked Monday to Friday from 8 am – 7 pm.
> Plaintiff worked Saturdays from 8am - 4pm.
> Plaintiff worked 63 hours a week.
> Plaintiff worked 23 hours of overtime per week.
>
> 23 x $8.50 = $195.50 per week.
> $195.50 per week x 49 weeks = $9.579.50

5. Plaintiff estimates that he is owed $9,579.50 in **unpaid/underpaid overtime wages**.

6. Plaintiff also seeks liquidated in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

7. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

9. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 23rd day of June 2023.

                                                 Toussaint M. Cummings, Esq.
                                                 Toussaint M. Cummings, Esq. (119877)
                                                 toussaint@fairlawattorney.com
                                                 **FAIRLAW FIRM**
                                                 135 San Lorenzo Ave
                                                 Suite 770
                                                 Coral Gables, FL 33146
                                                 Tel:     305.230.4884
                                                 *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*