**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ARMANDO GUARDADO,<br><br>                    Plaintiff,<br><br>      v.<br><br>PINES CARE RESEACH CENTER, LLC, AND JAYNIER MOYA, M.D.<br><br>                    Defendants. | Civil Action No. 23-cv-61102 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE COMPLAINT**

Defendants, PINES CARE RESEARCH CENTER, LLC, and JAYNIER MOYA, M.D., (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and S.D. L.R. 7.1, hereby file this Unopposed Motion for Enlargement of Time to Respond to Complaint and respectfully request a fourteen (14) day enlargement of time through and including July 17th, 2023 to respond to the Complaint [ECF No. 1], and in support thereof, the Defendants state as follows:

   1. On June 8th 2023, Plaintiff filed his Complaint. [ECF No. 1]

   2. On or about June 12th 2023, it appears that Plaintiff served the Complaint upon the above-named Defendants, such that a response is due on or before July 3rd 2023.

   3. Based upon the complexity of the Plaintiff's engagement with the Defendants, and the press of previously scheduled hearings, depositions, and conferences, including the need to attend trial in the matter of *United States v. Daniel Carver* in Fort Pierce, Florida, during the week of July 10th 2023, the Defendants are in need of additional time to perform due diligence and prepare a response to the Complaint.

   4. In addition, undersigned defense counsel and the Plaintiff's counsel have already voluntarily exchanged discovery in the above-referenced matter. Counsel for the parties are

diligently working toward an amicable resolution without the need for protracted litigation. The Plaintiff does not oppose the Defendants' requested extension of time to respond to the Complaint.

5. Accordingly, the Defendants seek an unopposed fourteen (14) day enlargement of time to respond to the then-operative Complaint, such that a response would not be due until Monday, July 17th, 2023.

6. Federal Rule of Civil Procedure 6(b) provides that this Court may in its discretion for cause shown enlarge a specific period within which a certain act must be completed.

7. The Defendants submit that they have shown good cause sufficient to support the relief requested.

8. No party would be prejudiced by this Court's grant of the requested extension of time, which is well-evidenced by Plaintiffs' agreement to the instant request for additional time. This request is not made for purposes of delay.

WHEREFORE, the Defendants, PINES CARE RESEARCH CENTER, LLC, and JAYNIER MOYA, M.D., respectfully request that this Court grant a fourteen-day enlargement of time to respond to the then-operative Complaint through and including July 17th 2023, and such further relief as this Court deems just and proper.

## CERTIFICATE OF CONFERRAL

On June 19th 2023, via e-mail, the undersigned conferred with Plaintiff's counsel regarding the relief requested in this Motion, and counsel confirmed the Plaintiff does not object to the instant request for enlargement.

Respectfully submitted,

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor
Florida Bar No.: 89253
*Counsel For Defendants*
RLS LAW, P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
Tel.: 786-395-1824
Email: rls409@nyu.edu

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3rd 2023, I filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor