**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ARMANDO GUARDADO,<br><br>                        Plaintiff,<br><br>v.<br><br>PINES CARE RESEACH CENTER, LLC, AND JAYNIER MOYA, M.D.<br><br>                        Defendants. | Civil Action No. 23-cv-61102 |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

The Defendants, PINES CARE RESEARCH CENTER, LLC, and JAYNIER MOYA, M.D., hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: JAYNIER MOYA, M.D. and KAREN PRIDA, M.D. as the sole owners of PINES CARE RESEARCH CENTER, LLC.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: NONE.

3.) The name of every other entity which is likely to be an active participant in the proceedings: NONE.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: NONE.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

WHEREFORE, the Defendants, PINES CARE RESEARCH CENTER, LLC, and JAYNIER MOYA, M.D., respectfully file this Certificate of Interested Persons and Corporate Disclosure Statement, and such further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor
Florida Bar No.: 89253
*Counsel For Defendants*
RLS LAW, P.A.
401 E. Las Olas Blvd. Suite 1400
Fort Lauderdale, FL 33301
Tel.: 786-395-1824
Email: rls409@nyu.edu

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10th 2023, I filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor