IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARMANDO GUARDADO,

                Plaintiff,

v.

PINES CARE RESEARCH CENTER, LLC, AND
JAYNIER MOYA, M.D.,

                Defendants.

Civil Action No. 0:23-cv-61102

**DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES
& DEMAND FOR JURY TRIAL**

Defendants, PINES CARE RESEARCH CENTER, LLC (hereinafter, "Pines Care" or the "Defendant"), and JAYNIER MOYA, M.D. (hereinafter, "Dr. Moya" or the "Defendant") (collectively, Pines Care and Dr. Moya shall be referred to as the "Defendants") by their undersigned attorney hereby respond to the respectively numbered paragraphs of the Complaint as follows:

**ANSWER**

1. The Defendants are without knowledge as to the allegations of paragraph 1; therefore, the Defendants deny the allegations of paragraph 1.

2. The Defendants deny the allegations of paragraph 2.

3. The Defendants deny the allegations of paragraph 3.

4. The Defendants are without knowledge as to the allegations of paragraph 4; therefore, the Defendants deny the allegations of paragraph 4.

5. The Defendants are without knowledge as to the allegations of paragraph 5; therefore, the Defendants deny the allegations of paragraph 5.

6. The Defendants deny the allegations of paragraph 6.

7. The Defendants admit the allegations of paragraph 7 for jurisdictional purposes only; otherwise, the Defendants deny the allegations of paragraph 7.

8. The Defendants deny the allegations of paragraph 8.

9. The Defendants deny the allegations of paragraph 9.

10. The Defendants are without knowledge as to the allegations of paragraph 10; therefore, the Defendants deny the allegations of paragraph 10.

## Background Facts

11. The Defendants deny the allegations of paragraph 11.

12. The Defendants deny the allegations of paragraph 12.

13. The Defendants deny the allegations of paragraph 13.

14. The Defendants deny the allegations of paragraph 14.

15. The Defendants deny the allegations of paragraph 15.

16. The Defendants deny the allegations of paragraph 16.

17. The Defendants are without knowledge as to the allegations of paragraph 17; therefore, the Defendants deny the allegations of paragraph 17.

18. The Defendants deny the allegations of paragraph 18.

19. The Defendants deny the allegations of paragraph 19.

20. The Defendants deny the allegations of paragraph 20.

21. The Defendants deny the allegations of paragraph 21.

22. The Defendants deny the allegations of paragraph 22.

23. The Defendants deny the allegations of paragraph 23.

24. The Defendants deny the allegations of paragraph 24.

## Liability

25. The Defendants deny the allegations of paragraph 25.

26. The Defendants deny the allegations of paragraph 26.

27. The Defendants deny the allegations of paragraph 27.

28. The Defendants deny the allegations of paragraph 28.

29. The Defendants deny the allegations of paragraph 29.

30. The Defendants deny the allegations of paragraph 30.

31. The Defendants deny the allegations of paragraph 31.

WHEREFORE, the Defendant respectfully denies that any of the relief requested by the Plaintiff in his Complaint is appropriate under state or federal law.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff[1]'s claims against the Defendant are barred, in whole or in part, because Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing to assert the claims for relief purportedly alleged in the Plaintiff's Complaint.

3. Plaintiff's claims against the Defendant are barred, in whole or in part, because this Court lacks subject matter jurisdiction over the Plaintiff's claims.

4. Plaintiff's Complaint is barred because Plaintiffs cannot satisfy all requirements for maintaining a Fair Labor Standards Act action because the Plaintiff was a 1099 independent contractor.

5. Plaintiffs' and putative class members' claims against the Defendant are barred because the Defendant has complied with all applicable regulations of pertinent authorities.

6. Plaintiff's claims are barred because they have not exhausted their administrative remedies.

---

.

7. Plaintiffs' claims are barred in whole or in part because Plaintiff has failed to mitigate their damages.

8. Plaintiffs' claims are barred in whole or in part because they are outside the scope of their administrative charges.

9. Plaintiff is not entitled to punitive/liquidated damages as Defendants did not act or fail to act in a manner sufficient to give rise to punitive/liquidated damages liability.

10. Plaintiff's claims are barred by the doctrines of waiver, estoppel and/or laches.

11. Some or all of Plaintiff's claims are barred by accord and satisfaction, settlement and/or payment and release.

12. Defendants' actions were in good faith conformity with and/or reliance on administrative regulation, order, ruling, approval, interpretation, or practice of the Department of Labor.

13. All actions taken by Defendants with respect to Plaintiff were supported by legitimate business reasons that commensurate with industry standards in conducting clinical research trials.

PRAYER WHEREFORE, PREMISES CONSIDERED, Defendants pray that their answer be deemed good and sufficient and all claims by Plaintiff against Defendants be dismissed, with prejudice, and such other and further relief, legal and equitable, including attorney's fees, be awarded Defendants.

## JURY TRIAL DEMAND

The Defendants, Pines Care and Dr. Moya, demand a trial by jury, on all issues so triable.

## RESERVATION OF RIGHT TO AMEND
## & ASSERT A COUNTERCLAIM

The Defendants, Pines Care and Dr. Moya, reserve the right to amend this pleading, amend and/or assert additional affirmative defenses, and assert a counterclaim against the Plaintiff for all causes of action in and in equity, including but not limited to bring frivolous litigation against the Defendants.

Respectfully submitted,

*/s/ Robyn Lynn Sztyndor*
Robyn Lynn Sztyndor
Florida Bar No.: 89253
*Counsel For Defendants*
RLS LAW, P.A.
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Tel.: 786-395-1824
Email: rls409@nyu.edu

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17th 2023, I filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor