UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102-SINGHAL/VALLE

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH CENTER, LLC AND JAYNIER MOYA, M.D.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Armando Guardado, notifies the Court that the parties have settled their dispute and will file the Motion for Approval of the Settlement Agreement by August 18, 2023.

Dated this 15th day of August 2023.

s/Toussaint M. Cummings, Esq.
Toussaint M. Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

s/ Robyn Lynn Sztyndor, Esq.
Robyn Lynn Sztyndor, Esq. (89253)
rls409@nyu.edu
RLS LAW, P.A
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Tel: 786-395-1824
*Counsel for Defendants*

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com