UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61102-SINGHAL/VALLE

ARMANDO GUARDADO,

    Plaintiff,

vs.

PINES CARE RESEARCH CENTER, LLC AND JAYNIER MOYA, M.D.,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

The Joint Motion to Approve Settlement and Dismissal with Prejudice is GRANTED. The Court finds the Parties' Settlement Agreement to be fair and reasonable under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court dismisses this case with prejudice.

DONE and ORDERED in chambers, at Miami, Florida on _____.

                                                                      RAAG SINGHAL
                                                                       UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*