UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61102-CIV-SINGHAL/Valle

ARMANDO GUARDADO,

　　　　Plaintiff,

v.

PINES CARE RESEARCH CENTER, LLC, and
JAYNIER MOYA, M.D.,

　　　　Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND
## DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Motion to Approve
Settlement Agreement and Dismiss Action with Prejudice (DE [21]), filed on August 21,
2023.  The Court has carefully reviewed the Motion, the Settlement Agreement that was
submitted, and the record in this case.  The Court finds that the terms of the settlement
reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet
the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th
Cir. 1982), including the award of attorneys' fees to Plaintiff's counsel as the prevailing
party.  Accordingly, it is hereby

　　　　**ORDERED AND ADJUDGED** as follows:

　　　　(1) The motion (DE [21]) is **GRANTED**.

　　　　(2) The Settlement Agreement (DE [21]) between Plaintiffs and Defendants, which
has been duly filed as a record of the Court, is **APPROVED** in its entirety.

(3) This case is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

(4) The Court retains jurisdiction to enforce the terms of the FLSA Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of August 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF